Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−13100−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bruce Wayne Morris
   aka Mulberry's, dba Mulberry Products, Inc
   17 Garretson Drive
   Franklin Park, NJ 08823

Social Security No.:
   xxx−xx−8909

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 27, 2016.

On June 30, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           August 8, 2017
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 6, 2017
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-13100-MBK
Bruce Wayne Morris                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Jul 06, 2017
                              Form ID: 185             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
```
db            +Bruce Wayne Morris,    17 Garretson Drive,    Franklin Park, NJ 08823-1423
516010958      AMERICAN EXPRESS,    P.O. Box 6985,    Buffalo, NY 14240-6985
516188770      AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
516042734    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    P.O. Box 982238,    El Paso, TX  79998)
516042735    #+Bank of America,    P.O. Box 53150,    Phoenix, AZ 85072-3150
516120752     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516010963      CHASE,    P.O. Box 15298,    Wilmington, DE 19850-5298
516010956      CITI,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
516010962      CITIBUSINESS CARD,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
516042737     +Citibusiness,    PO Box 6284,    Sioux Falls, SD 57117-6284
516010964     +FEDERAL NATIONAL MORTGAGE ASSOCIATION,    PLUESE, BECKER & SALTZMAN, LLC,
               2000 Horizon Way, Suite 900,    Mt. Laurel, NJ 08054-4303
516042736     +JPMorgan Chase,    PO Box 15123,    Wilmington, DE 19850-5123
516264427     +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
               Greenville, SC 29603-0826
516010959     +VERIZON,    455 Duke Drive,    Franklin, TN 37067-2701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2017 22:58:13     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2017 22:58:10      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516137519      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 06 2017 23:03:13
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
516274684      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2017 23:03:14
               Portfolio Recovery Associates, LLC,    c/o Bank Of America,    POB 41067,    Norfolk VA 23541
516274711      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2017 23:02:59
               Portfolio Recovery Associates, LLC,    c/o Mbna,    POB 41067,    Norfolk VA 23541
516010957      E-mail/Text: bankruptcy@pseg.com Jul 06 2017 22:57:14     PSE&G,    P.O. Box 790,
               Cranford, NJ 07016-0790
516010960     +E-mail/Text: bankruptcy@td.com Jul 06 2017 22:58:15     TD BANK,    32 Chestnut Street,
               Lewiston, ME 04240-7799
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516010961     ##BANK OF AMERICA,    P.O. Box 15026,    Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 06, 2017
                              Form ID: 185             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Bruce Wayne Morris agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor   Seterus Inc. as servicer for Federal National
               Mortgage Association ("Fannie Mae") cmecf@sternlav.com
              Steven P. Kelly    on behalf of Creditor   MTGLQ INVESTORS, L.P. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 6
```