Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  Bruce Wayne Morris,

Case No.: 16-13100-MBK

Judge: Michael B. Kaplan

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original  ☒ Third Modified/Notice Required  ☒ Discharge Sought

☐ Motions Included  ☐ Modified/No Notice Required  ☐ No Discharge Sought

Date: June 30, 2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts.  You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ 1,675.00 per month to the Chapter 13 Trustee, starting on August 1, 2017 for approximately 44 months.  $24,318.60 paid to date.

b. The debtor shall make plan payments to the Trustee from the following sources:

☐ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 17 Garretson Drive, Franklin Park, New Jersey 08823
Proposed date for completion: ___Order entered 4/24/17___

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. $4,369.79 to Citi (served by Shellpoint) beginning April 1, 2017.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| Albert Russo, Chapter 13 Trustee | Administrative | Trustee Commission |
| Gorski & Knowlton, PC | Administrative | $2,000.00 retainer balance plus fees as awarded by Court 10/27/16 $5,292.13 plus additional fees per future fee application. |

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:
Citi (MTGLQ serviced by Shellpoint) regular monthly payments of $4,369.79 on modification loan.

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:   Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:   Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

**Part 7:   Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

   c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Secured
3) Priority
4) Unsecured

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____June 16, 2016_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| 1. Citibank/MTGLQ (shellpoint) loan modification order entered 4/24/17. | 1. Part 1d, 46 and 4d revised to reflect loan modification order 4/24/17. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:**   **Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 6/30/17                                    /s/ Allen I. Gorski
                                                 Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 6/30/2017                                  /s/ Bruce Wayne Morris
                                                 Debtor

Date: _____                     _____
                                                 Joint Debtor

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 16-13100-MBK
Bruce Wayne Morris                                                  Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2           Date Rcvd: Jul 06, 2017
                               Form ID: pdf901             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
db           +Bruce Wayne Morris,    17 Garretson Drive,    Franklin Park, NJ 08823-1423
516010958     AMERICAN EXPRESS,    P.O. Box 6985,    Buffalo, NY 14240-6985
516188770     AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,   MALVERN, PA 19355-0701
516042734    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:    Bank of America,    P.O. Box 982238,   El Paso, TX 79998)
516042735    #+Bank of America,   P.O. Box 53150,    Phoenix, AZ 85072-3150
516120752    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516010963     CHASE,   P.O. Box 15298,    Wilmington, DE 19850-5298
516010956     CITI,   P.O. Box 6243,    Sioux Falls, SD 57117-6243
516010962     CITIBUSINESS CARD,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
516042737    +Citibusiness,    PO Box 6284,   Sioux Falls, SD 57117-6284
516010964    +FEDERAL NATIONAL MORTGAGE ASSOCIATION,     PLUESE, BECKER & SALTZMAN, LLC,
               2000 Horizon Way, Suite 900,    Mt. Laurel, NJ 08054-4303
516042736    +JPMorgan Chase,    PO Box 15123,   Wilmington, DE 19850-5123
516264427    +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
               Greenville, SC 29603-0826
516010959    +VERIZON,   455 Duke Drive,    Franklin, TN 37067-2701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2017 22:58:12     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2017 22:58:09     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516137519     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 06 2017 23:02:59
               American InfoSource LP as agent for,    Verizon,   PO Box 248838,
               Oklahoma City, OK 73124-8838
516274684     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2017 23:03:14
               Portfolio Recovery Associates, LLC,    c/o Bank Of America,   POB 41067,   Norfolk VA 23541
516274711     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2017 23:14:31
               Portfolio Recovery Associates, LLC,    c/o Mbna,   POB 41067,   Norfolk VA 23541
516010957     E-mail/Text: bankruptcy@pseg.com Jul 06 2017 22:57:14     PSE&G,   P.O. Box 790,
               Cranford, NJ 07016-0790
516010960    +E-mail/Text: bankruptcy@td.com Jul 06 2017 22:58:15     TD BANK,    32 Chestnut Street,
               Lewiston, ME 04240-7799
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516010961    ##BANK OF AMERICA,   P.O. Box 15026,    Wilmington, DE 19850-5026
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jul 06, 2017
                              Form ID: pdf901          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Allen I Gorski    on behalf of Debtor Bruce Wayne Morris agorski@gorskiknowlton.com
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Seterus Inc. as servicer for Federal National
           Mortgage Association ("Fannie Mae") cmecf@sternlav.com
          Steven P. Kelly    on behalf of Creditor    MTGLQ INVESTORS, L.P. skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                             TOTAL: 6
```