Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 16–13100–MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
  Bruce Wayne Morris  
  aka Mulberry's, dba Mulberry Products, Inc  
  17 Garretson Drive  
  Franklin Park, NJ 08823

Social Security No.:  
  xxx–xx–8909

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     9/5/17  
Time:     09:30 AM  
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)  
Gorski & Knowlton

COMMISSION OR FEES  
Fees: $3720.00

EXPENSES  
$393.75

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 26, 2017  
JAN:

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-13100-MBK
Bruce Wayne Morris                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jul 26, 2017
                              Form ID: 137             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
```
db             +Bruce Wayne Morris,    17 Garretson Drive,    Franklin Park, NJ 08823-1423
516010958       AMERICAN EXPRESS,    P.O. Box 6985,    Buffalo, NY 14240-6985
516188770       AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
516042734     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    P.O. Box 982238,    El Paso, TX  79998)
516042735     #+Bank of America,    P.O. Box 53150,    Phoenix, AZ 85072-3150
516120752      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516010963       CHASE,    P.O. Box 15298,    Wilmington, DE 19850-5298
516010956       CITI,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
516010962       CITIBUSINESS CARD,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
516042737      +Citibusiness,    PO Box 6284,    Sioux Falls, SD 57117-6284
516010964      +FEDERAL NATIONAL MORTGAGE ASSOCIATION,    PLUESE, BECKER & SALTZMAN, LLC,
                 2000 Horizon Way, Suite 900,    Mt. Laurel, NJ 08054-4303
516042736      +JPMorgan Chase,    PO Box 15123,    Wilmington, DE 19850-5123
516264427      +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
516010959      +VERIZON,    455 Duke Drive,    Franklin, TN 37067-2701
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2017 23:00:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2017 23:00:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516137519       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2017 23:02:21
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516274684       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2017 23:01:55
                 Portfolio Recovery Associates, LLC,    c/o Bank Of America,    POB 41067,    Norfolk VA 23541
516274711       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2017 23:02:08
                 Portfolio Recovery Associates, LLC,    c/o Mbna,    POB 41067,    Norfolk VA 23541
516010957       E-mail/Text: bankruptcy@pseg.com Jul 26 2017 22:59:51     PSE&G,    P.O. Box 790,
                 Cranford, NJ 07016-0790
516010960      +E-mail/Text: bankruptcy@td.com Jul 26 2017 23:00:43     TD BANK,    32 Chestnut Street,
                 Lewiston, ME 04240-7799
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516010961     ##BANK OF AMERICA,    P.O. Box 15026,    Wilmington, DE 19850-5026
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 26, 2017
                              Form ID: 137             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Bruce Wayne Morris agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus Inc. as servicer for Federal National
               Mortgage Association ("Fannie Mae") cmecf@sternlav.com
              Steven P. Kelly    on behalf of Creditor    MTGLQ INVESTORS, L.P. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 6
```