UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gorski & Knowlton, PC
Allen I. Gorski, Esquire
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Fax:  (609)585-2553
agorski@gorskiknowlton.com
Attorneys for Debtor(s)

Order Filed on September 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BRUCE WAYNE MORRIS

Case No.:   16-13100-MBK

Chapter:   13

Judge:   Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 7, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Gorski & Knowlton PC_____, the applicant, is allowed a fee of $ _____3720.00_____ for services rendered and expenses in the amount of $_____393.75_____ for a total of $_____4113.75_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of and additional $__105.00____ per month for _____42_____ months to allow for payment of the above fee.

*rev.8/1/15*