UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____        _____
                                     Debtor's Signature

Date: _____        _____
                                     Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

**Attachment to Certification in Opposition
to Trustee's Certification of Default**

Attached is the Report from the National Data Center website. As the Report indicates, I made good faith payments of $1,780 per month to the Trustee in 2018 in January, March, May, and July. I have had some recent extraordinary expenses and have struggled to maintain my mortgage payments under the mortgage modification agreement. I may be able to make a payment to the Trustee prior to the return date of the Hearing on this objection to the Trustee's Certification of default.

Unfortunately, I have recently lost my sight. I had extremely high blood pressure and lost my sight due to an embolism. I am treating with various doctors in the hopes of having my sight restored. My ex-wife may be able to help with Trustee and mortgage payments. I am also attempting to sell my car and liquidate other assets to maintain Trustee payments.

# Case Number 1613100

## Debtor Information

| | |
|---|---|
| Debtor 1 | Bruce Wayne Morris |
| Debtor 2 | |

## Trustee Information

| | |
|---|---|
| Trustee | Albert Russo |

**Status**

| | |
|---|---|
| Data Last Updated | Sep 24, 2018 |
| Total Paid into Plan | $43,478.60 |
| Petition Filed on | Feb 22, 2016 |

**Debtor's Latest Payments**

| | | |
|---|---|---|
| CASHIER'S CHECK | $1,780.00 | 07/25/2018 |
| CASHIER'S CHECK | $1,780.00 | 05/10/2018 |
| EPAY NSF | $-1,780.00 | 04/23/2018 |

### CASE INFORMATION

| | | | | |
|---|---|---|---|---|
| Case Number | 1613100 | | Date Petition Filed | 02/22/2016 |
| Case Status | Confirmed | | Plan Filed Date | 06/30/2017 |
| NDC Case Status | Active-Open | | First 341 Meeting Date | 04/07/2016 |
| Balance on Hand | $18.65 | | Date Case Confirmed | 09/13/2016 |
| Last Receipt Date | 07/25/2018 | | Date Case Closed | |
| Last Receipt Amount | $1,780.00 | | | |
| Last Disbursement Date | 09/05/2018 | | | |
| Plan Base | $104,264.60 | | | |
| Total Paid into Plan | $43,478.60 | | | |
| Total Paid to all Parties | $43,459.95 | | | |

Additional Parties In Interest

### TRUSTEE INFORMATION

| | |
|---|---|
| Trustee Name | Albert Russo |
| Amount Paid to Date | $2,606.48 |

### JUDGE/ATTORNEY INFORMATION

| | |
|---|---|
| Judge Name | Michael B. Kaplan |
| Attorney Name | Allen I. Gorski, Esq. |
| Attorney Fee in Plan | |
| Attorney Paid to Date | |
| Attorney Fee Paid Outside Plan | |

### DEBTOR INFORMATION

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Debtor Name | Bruce Wayne Morris | |
| Direct Payment Amt | $1,780.00 | |
| Direct Payment Frequency | MONTHLY | |
| Payroll Deduction Amt | | |
| Payroll Deduction Frequency | | |

### PLAN STEPS

### COURT DOCKET

| START DATE | DEBTOR NAME | PAYMENT AMOUNT | PAYMENT FREQUENCY | NUMBER OF PAY PERIODS | PAYING TYPE | PAYEE TYPE |
|---|---|---|---|---|---|---|
| 03/01/2016 | BRUCE WAYNE MORRIS | $1,574.20 | MONTHLY | 8 | | DEBTOR1 |
| 11/01/2016 | BRUCE WAYNE MORRIS | $1,675.00 | MONTHLY | 9 | | DEBTOR1 |
| 08/01/2017 | BRUCE WAYNE MORRIS | $1,675.00 | MONTHLY | 2 | | DEBTOR1 |
| 10/01/2017 | BRUCE WAYNE MORRIS | $1,780.00 | MONTHLY | | | DEBTOR1 |

# Claim Summary

NATIONAL DATA CENTER

Case 1613100   Debtor1 BRUCE WAYNE MORRIS   Trustee RUSSO, ALBERT (ROBBINSVILLE, NJ)

| CLAIM NUMBER | CREDITOR NAME | CLAIM DESCRIPTION | CLAIM AMOUNT | SCHEDULED AMOUNT | INTEREST PAID | PRINCIPAL PAID ▼ | PRINCIPAL OWED | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|---|
| 6 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED CREDITORS | $39,104.31 | $17,269.00 | $0.00 | $14,455.61 | $24,648.70 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED CREDITORS | $29,661.02 | $0.00 | $0.00 | $10,964.73 | $18,696.29 | $0.00 |
| 0 | ALLEN I. GORSKI, ESQ. | PRIOR ATTORNEY | $5,292.13 | $5,292.13 | $0.00 | $5,292.13 | $0.00 | $0.00 |
| 0 | ALLEN I. GORSKI, ESQ. | ATTORNEY FEE | $4,113.75 | $4,113.75 | $0.00 | $4,113.75 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA | UNSECURED CREDITORS | $7,656.07 | $6,858.00 | $0.00 | $2,830.19 | $4,825.88 | $0.00 |
| 0 | ALLEN I. GORSKI, ESQ. | PRIOR ATTORNEY | $2,000.00 | $2,000.00 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS | UNSECURED CREDITORS | $2,990.64 | $3,861.00 | $0.00 | $1,105.55 | $1,885.09 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | UNSECURED CREDITORS | $190.86 | $0.00 | $0.00 | $58.60 | $132.26 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | UNSECURED CREDITORS | $107.13 | $0.00 | $0.00 | $32.91 | $74.22 | $0.00 |
| 0 |  | DEBTOR REFUND | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE | PRIOR ATTORNEY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LIBERTY REVOLVING TRUST BY WILMINGT | MORTGAGE ARREARAGES - SECURED | $0.00 | $296,160.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CITIMORTGAGE INC | MORTGAGE ARREARAGES - SECURED | $0.00 | $242,691.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# Account Ledger

Case 1613100   Debtor1 BRUCE WAYNE MORRIS   Trustee RUSSO, ALBERT (ROBBINSVILLE, NJ)

Filter By   All Claims   All Payees   All Transactions   All Time

## Receipts & Disbursements



| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 09/05/2018 | 6 | 2374541 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$816.47 |
| 09/05/2018 | 7 | 2374541 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$619.30 |
| 09/05/2018 | 4 | 2374544 | AMERICAN EXPRESS | PRINCIPAL (SYSTEM CHECK) | -$62.46 |
| 09/05/2018 | 1 | 2374901 | BANK OF AMERICA | PRINCIPAL (SYSTEM CHECK) | -$159.85 |
| 07/25/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$115.70 |
| 07/25/2018 | | | N/A | CASHIER'S CHECK (1509908804) | $1780.00 |
| 07/05/2018 | 1 | 2370845 | BANK OF AMERICA | PRINCIPAL (SYSTEM CHECK) | -$159.85 |
| 07/05/2018 | 7 | 2370506 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$619.30 |
| 07/05/2018 | 4 | 2370509 | AMERICAN EXPRESS | PRINCIPAL (SYSTEM CHECK) | -$62.44 |
| 07/05/2018 | 6 | 2370506 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$816.48 |
| 05/10/2018 | | | N/A | CASHIER'S CHECK (1509908402) | $1780.00 |
| 05/10/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$115.70 |
| 05/01/2018 | 6 | 2366191 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$816.54 |

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 05/01/2018 | 4 | 2366194 | AMERICAN EXPRESS | PRINCIPAL (SYSTEM CHECK) | -$62.45 |
| 05/01/2018 | 7 | 2366191 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$619.25 |
| 05/01/2018 | 1 | 2366478 | BANK OF AMERICA | PRINCIPAL (SYSTEM CHECK) | -$159.87 |
| 04/23/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT REVERSAL | $115.70 |
| 04/23/2018 | | | N/A | EPAY NSF (48416050) | -$1780.00 |
| 04/18/2018 | | | N/A | EPAY RECEIPT (48416050) | $1780.00 |
| 04/18/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$115.70 |
| 03/22/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$115.70 |
| 03/22/2018 | | | N/A | EPAY RECEIPT (47664450) | $1780.00 |
| 03/05/2018 | 1 | 2361967 | BANK OF AMERICA | PRINCIPAL (SYSTEM CHECK) | -$159.85 |
| 03/05/2018 | 7 | 2361602 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$619.30 |
| 03/05/2018 | 4 | 2361605 | AMERICAN EXPRESS | PRINCIPAL (SYSTEM CHECK) | -$62.44 |
| 03/05/2018 | 6 | 2361602 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$816.48 |
| 03/05/2018 | 2 | 2362311 | AMERICAN INFOSOURCE LP AS AGENT FOR | PRINCIPAL (SYSTEM CHECK) | -$16.13 |
| 03/05/2018 | 3 | 2362311 | AMERICAN INFOSOURCE LP AS AGENT FOR | PRINCIPAL (SYSTEM CHECK) | -$17.40 |
| 02/01/2018 | 6 | 2359985 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$816.48 |
| 02/01/2018 | 7 | 2359985 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$619.30 |
| 02/01/2018 | 4 | 2359988 | AMERICAN EXPRESS | PRINCIPAL (SYSTEM CHECK) | -$62.44 |
| 02/01/2018 | 1 | 2360236 | BANK OF AMERICA | PRINCIPAL (SYSTEM CHECK) | -$159.85 |
| 01/17/2018 | | | N/A | EPAY RECEIPT (45999840) | $1780.00 |
| 01/17/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$115.70 |
| 01/05/2018 | 1 | 2358063 | BANK OF AMERICA | PRINCIPAL (SYSTEM CHECK) | -$159.85 |
| 01/05/2018 | 4 | 2357702 | AMERICAN EXPRESS | PRINCIPAL (SYSTEM CHECK) | -$62.44 |
| 01/05/2018 | 7 | 2357699 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$619.30 |
| 01/05/2018 | 6 | 2357699 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$816.48 |
| 12/22/2017 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$115.70 |
| 12/22/2017 | | | N/A | EPAY RECEIPT (45366150) | $1780.00 |
| 12/05/2017 | 6 | 2355372 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$343.11 |
| 12/05/2017 | 7 | 2355372 | PORTFOLIO RECOVERY ASSOCIATES | PRINCIPAL (SYSTEM CHECK) | -$260.40 |
| 12/05/2017 | 0 | 8000108 | ALLEN I. GORSKI, ESQ. | ATTORNEY FEE (SYSTEM CHECK) | -$964.76 |
| 12/05/2017 | 4 | 2355375 | AMERICAN EXPRESS | PRINCIPAL (SYSTEM CHECK) | -$26.24 |
| 12/05/2017 | 1 | 2355729 | BANK OF AMERICA | PRINCIPAL (SYSTEM CHECK) | -$67.18 |