Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                        Case No.:  16–13100–MBK  
                        Chapter:  13  
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Bruce Wayne Morris  
    aka Mulberry's, dba Mulberry Products, Inc  
    17 Garretson Drive  
    Franklin Park, NJ 08823

Social Security No.:  
    xxx–xx–8909

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/13/18 at 09:00 AM

to consider and act upon the following:

*78* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 10/8/2018. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 10/9/18

                                                              Jeanne Naughton  
                                                              Clerk, U.S. Bankruptcy Court