Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−13100−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bruce Wayne Morris
   aka Mulberry's, dba Mulberry Products, Inc
   17 Garretson Drive
   Franklin Park, NJ 08823

Social Security No.:
   xxx−xx−8909

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/13/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 14, 2018
JAN: bwj

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Bruce Wayne Morris
    Debtor

Case No. 16-13100-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Nov 14, 2018
                       Form ID: 148     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.

```
db              +Bruce Wayne Morris,    17 Garretson Drive,    Franklin Park, NJ 08823-1423
516010958        AMERICAN EXPRESS,    P.O. Box 6985,    Buffalo, NY 14240-6985
516120752       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516010956        CITI,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
516042737       +Citibusiness,    PO Box 6284,    Sioux Falls, SD 57117-6284
516010964       +FEDERAL NATIONAL MORTGAGE ASSOCIATION,    PLUESE, BECKER & SALTZMAN, LLC,
                  2000 Horizon Way, Suite 900,    Mt. Laurel, NJ 08054-4303
517478204       +Liberty Revolving Trust,    by Wilmington Savings Fund Society,FSB,,    Fay Servicing, LLC,
                  3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
517478205       +Liberty Revolving Trust,    by Wilmington Savings Fund Society,FSB,,    Fay Servicing, LLC,
                  3000 Kellway Dr. Ste 150,    Carrollton, TX 75006,    Liberty Revolving Trust 75006-3357
516264427       +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                  Greenville, SC 29603-0826
517788668       +U.S. Bank National Association, not in its indiv,    c/o Fay Servicing, LLC,
                  3000 Kellway Dr., Ste. 150,    Carrollton, TX 75006-3357
517788669       +U.S. Bank National Association, not in its indiv,    c/o Fay Servicing, LLC,
                  3000 Kellway Dr., Ste. 150,    Carrollton, TX 75006,    U.S. Bank National Association, not in i,
                  c/o Fay Servicing, LLC 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 00:10:22      U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 00:10:20      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516188770        EDI: BECKLEE.COM Nov 15 2018 04:53:00      AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,
                  PO BOX 3001,    MALVERN, PA 19355-0701
516137519        EDI: AIS.COM Nov 15 2018 04:53:00      American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,    Oklahoma City, OK  73124-8838
516010961        EDI: BANKAMER.COM Nov 15 2018 04:53:00      BANK OF AMERICA,    P.O. Box 15026,
                  Wilmington, DE 19850-5026
516042734        EDI: BANKAMER.COM Nov 15 2018 04:53:00      Bank of America,    P.O. Box 982238,
                  El Paso, TX  79998
516010963        EDI: CHASE.COM Nov 15 2018 04:53:00      CHASE,    P.O. Box 15298,    Wilmington, DE 19850-5298
516010962        EDI: CITICORP.COM Nov 15 2018 04:53:00      CITIBUSINESS CARD,    P.O. Box 6235,
                  Sioux Falls, SD 57117-6235
516042736       +EDI: CHASE.COM Nov 15 2018 04:53:00      JPMorgan Chase,    PO Box 15123,
                  Wilmington, DE 19850-5123
516274684        EDI: PRA.COM Nov 15 2018 04:53:00      Portfolio Recovery Associates, LLC,    c/o Bank Of America,
                  POB 41067,    Norfolk VA 23541
516274711        EDI: PRA.COM Nov 15 2018 04:53:00      Portfolio Recovery Associates, LLC,    c/o Mbna,
                  POB 41067,    Norfolk VA 23541
516010957        E-mail/Text: bankruptcy@pseg.com Nov 15 2018 00:09:54      PSE&G,    P.O. Box 790,
                  Cranford, NJ 07016-0790
516010960        EDI: TDBANKNORTH Nov 15 2018 04:53:00      TD BANK,    32 Chestnut Street,
                  Lewiston, ME 04240-7765
516010959       +EDI: VERIZONCOMB.COM Nov 15 2018 04:53:00      VERIZON,    455 Duke Drive,
                  Franklin, TN 37067-2701
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516042735      ##+Bank of America,    P.O. Box 53150,    Phoenix, AZ 85072-3150
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                            Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin             Page 2 of 2            Date Rcvd: Nov 14, 2018
                              Form ID: 148            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Bruce Wayne Morris agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus Inc. as servicer for Federal National
               Mortgage Association ("Fannie Mae") cmecf@sternlav.com
              Steven P. Kelly    on behalf of Creditor    MTGLQ INVESTORS, L.P. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                         TOTAL: 6
```