Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–13100–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bruce Wayne Morris
   aka Mulberry's, dba Mulberry Products, Inc
   17 Garretson Drive
   Franklin Park, NJ 08823

Social Security No.:
   xxx–xx–8909

Employer's Tax I.D. No.:

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 13, 2019</u>　　　　　　　　<u>Michael B. Kaplan</u>
　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court